# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA MEJIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:18-cv-08386-DSF-MAA<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Stipulation, and all other records on file, as well as the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired, and no objections have been made. The Court accepts the findings and recommendations of the United States Magistrate Judge.

///
///
///
///
///

IT THEREFORE IS ORDERED that Judgment be entered reversing the final decision of the Commissioner and remanding this matter for further administrative proceedings.

DATED: February 3, 2020

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE