JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACIELA MEJIA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:18-cv-08386-DSF-MAA<br><br>**JUDGMENT** |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: February 3, 2020

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE